**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JUAN RAMOS CASILLAS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>PERFORMANCE ABATEMENT SERVICES, INC., a California corporation, and DOES 1 through 50, Inclusive,<br><br>    Defendants. | Case No. 8:18-cv-01538-AG(ADSx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>[Concurrently filed with Joint Stipulation]<br><br>Complaint Filed: July 6, 2018<br>Removal Filed: August 27, 2018<br>Trial Date: October 29, 2019<br>District Judge: Hon. Andrew J. Guilford<br>Courtroom 10D, Santa Ana |

Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY ORDERED that this action is dismissed with prejudice.

Dated: May 10, 2019

_____
UNITED STATES DISTRICT JUDGE

38450560.1